SEALED

FILED
FEB 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIF



1:14 SW 00021 GSA

IN THE MATTER OF THE TRACKING OF ) Case No.: 1:13 SW
AN OLDSMOBILE CUTLASS BEARING ) SEALING ORDER
CALIFORNIA LICENSE PLATE )
NUMBER: SPDRMNT; AND A WHITE ) **UNDER SEAL**
GMC PICKUP TRUCK BEARING )
CALIFORNIA LICENSE PLATE )
NUMBER: 71729D1 )

The United States having applied to this Court for an order permitting it to file the documents in this case, including but not limited to the application and order and good cause appearing therefore,

IT IS ORDERED, that the above-referenced documents shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: February 20, 2014

_____
Honorable Gary S. Austin
United States Magistrate Judge

1